UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JENNIE JONES, POTENCIANA JULIANO,           :
BETTY KEAVENY, BETTY KELLER, TAMMY          :
KERVER, ELLEN KJOS, KAREN KLAUBER,          :
DEBBIE LABARBA, HELEN LAYAOU,               :
JOSEPHINE LOTRIONTE, JUDITH MANNS,          :
LEHMAN "THOMAS" MASSEY, EYDIE MAY,          :
LINDA MCCAIN, DI DI MCCONNELL,              :
JANIFER MCDONALD, FELICIA MCKAY,            :
NANCY MCKIERNAN, NINA MCLEMORE,             :
KIRSTEN MCMURTRY,                           :
                                            :
        Plaintiffs.                         :   Civil Action
v.                                          :   No. 04-11387-GAO
                                            :
INDEVUS PHARMACEUTICALS, INC., F/K/A        :
INTERNEURON PHARMACEUTICALS, INC.;          :
WYETH, INC., F/K/A AMERICAN HOME            :
PRODUCTS CORPORATION; WYETH                 :
PHARMACEUTICALS, INC F/K/A WYETH-           :
AYERST PHARMACEUTICALS, INC., A             :
DIVISION OF AMERICAN HOME PRODUCTS          :
CORPORATION; AND BOEHRINGER                 :
INGELHEIM PHARMACEUTICALS, INC.,            :
                                            :
        Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 8, 2004                         Respectfully submitted,
    Boston, Massachusetts

                                            /s/Matthew J. Matule
                                            Matthew J. Matule (BBO #632075)
                                            SKADDEN, ARPS, SLATE,
Of Counsel:                                   MEAGHER & FLOM LLP
Barbara Wrubel                              One Beacon Street
Katherine Armstrong                         Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                       (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                              Counsel for Defendant
                                              Boehringer Ingelheim Pharmaceuticals, Inc