UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JENNIE JONES, POTENCIANA JULIANO,         :
BETTY KEAVENY, BETTY KELLER, TAMMY        :
KERVER, ELLEN KJOS, KAREN KLAUBER,        :
DEBBIE LABARBA, HELEN LAYAOU,             :
JOSEPHINE LOTRIONTE, JUDITH MANNS,        :
LEHMAN "THOMAS" MASSEY, EYDIE MAY,        :
LINDA MCCAIN, DI DI MCCONNELL,            :
JANIFER MCDONALD, FELICIA MCKAY,          :
NANCY MCKIERNAN, NINA MCLEMORE,           :
KIRSTEN MCMURTRY,                         :
                                          :
       Plaintiffs.                        :     Civil Action
v.                                        :     No. 04-11387-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
       Defendants.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated: July 8, 2004                                         Respectfully submitted,
      Boston, Massachusetts

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Of Counsel:                                                 One Beacon Street
Barbara Wrubel                                              Boston, Massachusetts 02108
Katherine Armstrong                                         (617) 573-4800
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                                              Counsel for Defendant
                                                            Boehringer Ingelheim Pharmaceuticals, Inc.