UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JENNIE JONES, POTENCIANA JULIANO, :
BETTY KEAVENY, BETTY KELLER, TAMMY
KERVER, ELLEN KJOS, KAREN KLAUBER, :
DEBBIE LABARBA, HELEN LAYAOU,
JOSEPHINE LOTRIONTE, JUDITH MANNS, :
LEHMAN "THOMAS" MASSEY, EYDIE MAY,
LINDA MCCAIN, DI DI MCCONNELL, :
JANIFER MCDONALD, FELICIA MCKAY,
NANCY MCKIERNAN, NINA MCLEMORE, :
KIRSTEN MCMURTRY,
:
    Plaintiffs, : Civil Action
v.   No. 04-11387-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :
:
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

    Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 2, 2004  
     Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.