UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------- x
JENNIE JONES, POTENCIANA JULIANO, :
BETTY KEAVENY, BETTY KELLER, TAMMY
KERVER, ELLEN KJOS, KAREN KLAUBER, :
DEBBIE LABARBA, HELEN LAYAOU,
JOSEPHINE LOTRIONTE, JUDITH MANNS, :
LEHMAN "THOMAS" MASSEY, EYDIE MAY,
LINDA MCCAIN, DI DI MCCONNELL, :
JANIFER MCDONALD, FELICIA MCKAY,
NANCY MCKIERNAN, NINA MCLEMORE, :
KIRSTEN MCMURTRY,
:
     Plaintiffs,                          :   Civil Action
v.                                                                      No. 04-11387-GAO
:
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC., :

     Defendants.                         :
---------------------------------- x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

      Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated:  September 2, 2004<br>　　　　Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800 |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>　MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |